Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Iowa
Division Southern

RECEIVED
SEP 1 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

:Vera-Elizabeth: Rhodes. Sui Juris
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Julie Harvey
Dave Thomas
John A. Morrissey
Weston McKee
Stephan Howard Small
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## Claim
## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: :Vera-Elizabeth: Rhodes.
   Street Address: % 619 Church Street #104
   City and County: Ottumwa / Wapello County
   State and Zip Code: Iowa Nation [52501]
   Telephone Number: 641-451-1280.
   E-mail Address: vera4gaia@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: John A Morrissey
- Job or Title (if known): City Attorney
- Street Address: 109 North Court Street / P.O. Box 603
- City and County: Fairfield, Jefferson County
- State and Zip Code: Iowa, 52556
- Telephone Number: 641-472-3145 office
- E-mail Address (if known): jmorrisseymblaw@windstream.net

**Defendant No. 2**
- Name: Weston McKee
- Job or Title (if known): Code Compliance Officer — see incident Report # PD 2306025 at Police Dept.
- Street Address: c/o 118 South Main Street
- City and County: Fairfield, Jefferson County
- State and Zip Code: Iowa 52556
- Telephone Number: 641-472-6193
- E-mail Address (if known): cco@fairfieldiowa.gov

**Defendant No. 3**
- Name: Stephan Howard Small
- Job or Title (if known): Court Magistrate
- Street Address: c/o 51 East Briggs Suite 5
- City and County: Fairfield, Jefferson County
- State and Zip Code: Iowa 52556
- Telephone Number: 641-472-3454
- E-mail Address (if known): Jeffersoncountyiowa.gov  "Clerk of Court"

**Defendant No. 4**
- Name: assisstant Julie Harvey & Dave Thomas
- Job or Title (if known): Chief of Police
- Street Address: 1200 West Grimes
- City and County: Fairfield, Jefferson County
- State and Zip Code: Iowa [52556]
- Telephone Number: 641-472-3576
- E-mail Address (if known): ? unknown

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Executive Order 13818 12-17-2017 & Executive Order 13903, January 31, 2020*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

i Declare & believe This Cause is Trespass on private property, TRUST, Collusion, human trafficing, Constructive fraud, No Claim whereby relief can be granted.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

2 Cops Twice = $40,000
1 Deputy          10,000
City Ordiance twice 20,000
Morrissey twice  20,000
Magistrate twice 20,000
        $110,000 minimum
    x  3 Times exemplary time & damages
    $330,000 in functional U.S. currancy.

Fraud upon the Court & Tresspass @ home on private property & upon TRUST

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-30-2023

Signature of Plaintiff: By: Vera-Elizabeth: Rhodes. Sui Juris. A.R.R.
Printed Name of Plaintiff: By::Vera-Elizabeth: Rhodes. Set-apart, AR; 12 USC 411

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____